# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada Corporation, | 2:09-cv-02458-LDG-RJJ |
| Plaintiff, | **ORDER** |
| v. | |
| MUZLINK, LLC, a California Limited Liability Company, | |
| Defendant. | |

THE COURT HEREBY ORDERS that the parties' joint motion to seal document no. 9-3 (Feb. 3, 2010) is GRANTED.

THE COURT FURTHER ORDERS that plaintiff's motion for leave to file surreply in opposition to reply of defendant in support of motion to dismiss (#11) is DENIED as moot, as the surreply was considered in the court's ruling on the motion to dismiss.

Dated this ___ day of July, 2010.

_____
Lloyd D. George
United States District Judge