# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada corporation,<br><br>    Plaintiffs,<br><br>VS.<br><br>MUZLINK, LLC, a California limited liability company; DOES 1 through X; and ROE CORPORATIONS, I through X, Inclusive,<br><br>    Defendants, | CASE NUMBER: 2:09-CV- 2458-LDG-RJJ<br><br>**ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE** |

This case is currently stacked on the calendar call of ____N/A____ to begin on Monday, ____N/A____ in LV courtroom 6B before the Honorable Judge Lloyd D. George.

**IT IS ORDERED** that this case is hereby referred to **Magistrate ROBERT J. JOHNSTON** for a settlement conference sometime in the month of April, 2011 at the request of the parties in Joint Status Report filed [35] on 2/22/11.

DATED this 24 day of Feb 2011

_____
LLOYD D. GEORGE
United States Senior District Judge