# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada Corporation, | 2:09-cv-02458-LDG-RJJ |
| Plaintiff, | **ORDER** |
| v. | |
| MUZLINK, LLC, a California Limited Liability Company, | |
| Defendant. | |

Defendant Muzlink has filed a notice of automatic stay pursuant to its filing of a Chapter 11 bankruptcy petition (#40). Accordingly, in light of that notice and this court's case management interests,

THE COURT HEREBY ORDERS that Plaintiff's motion for leave to file an Amended Complaint (#28) is DENIED. Plaintiff may refile said motion at a later time if appropriate.

THE COURT FURTHER ORDERS that the parties file a joint status report within one-hundred and eighty (180) days of this order. The parties may file such joint status report at an earlier time if appropriate.

Dated this _19_ day of May, 2011.

_____
Lloyd D. George
United States District Judge