# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 21st CENTURY COMMUNITIES, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MUZLINK, LLC, a California Limited Liability Company ,<br><br>    Defendant. | 2:09-cv-02458-LDG-RJJ<br><br><br>**ORDER** |

   The last non-administrative action by the court in this case was to deny plaintiff's motion to amend the complaint without prejudice to its refiling following resolution of bankruptcy proceedings initiated by defendant (#43).  On March 12, 2012, plaintiff filed the bankruptcy court's order granting defendant relief from the automatic stay (#47).  Plaintiff has not refiled the motion to amend.

   THE COURT HEREBY ORDERS that within thirty (30) days from this order the parties shall report either separately or jointly in writing on the status of this action, including whether the parties will seek further discovery (with renewed involvement of the magistrate judge), and whether plaintiff intends to refile its motion to amend the complaint.

   Dated this ___ day of April, 2013.

_____
Lloyd D. George
United States District Judge