1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

21ST CENTURY COMMUNITIES, INC.,

               Plaintiff,

vs.

MUZLINK, LLC,

               Defendant.

2:09-cv-02458-LDG-VCF

**ORDER RESCHEDULING A SETTLEMENT CONFERENCE**

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the settlement conference scheduled for June 21, 2013 is VACATED and rescheduled for June 19, 2013 at 10:00 a.m. The confidential settlement statement is due June 12, 2013 at 4:00 p.m. All else as stated in the scheduling Order (#49) remains unchanged.

DATED this 16th day of April, 2013.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE