# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>MUZLINK, LLC, a California Limited Liability Company ,<br><br>　　　Defendant. | 2:09-cv-02458-LDG-VCF<br><br>**ORDER** |

　　　The court has read and considered defendants Philip Bradley Parker and Wayne Williams' motion to dismiss or stay the first amended complaint (#73, response #78, reply #79) and concludes that the motion presents matters outside of the pleadings.  Therefore, the arguments must be brought at the summary judgment stage.  Accordingly,

　　　THE COURT HEREBY ORDERS that defendant Parker and William's motion to dismiss or stay the first amended complaint (#73) is DENIED.  A motion for summary judgment may be filed at the close of discovery in this, or the California action, as overseen by the magistrate judge.

Dated this 26 day of March, 2015.

_____
Lloyd D. George
United States District Judge