**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MUZLINK, LLC, *et al.*, <br><br> Defendants. | 2:09-cv-02458-LDG-VCF <br> **<u>MINUTE ORDER</u>** |

Before the Court are Plaintiff's Motion for Extension of Time to File Amended Pleading (ECF No. 108) and Motion for Leave to File Second Amended Complaint (ECF No. 109).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Extension of Time to File Amended Pleading (ECF No. 108) and Motion for Leave to File Second Amended Complaint (ECF No. 109) is scheduled for 1:00 PM, March 15, 2017, in Courtroom 3D.

DATED this 3rd day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE