# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MUZLINK, LLC, *et al.*, <br><br> Defendants. | 2:09-cv-02458-LDG-VCF <br> **ORDER** |

Before the Court is Defendants Wayne Williams and Phillip Bradley Parker Motion for Leave to Appear on March 15, 2017 via Telephone (ECF No. 119).

Defendants have given sufficient reason to appear telephonically for the hearing on March 15, 2017.

Accordingly,

IT IS HEREBY ORDERED that Defendants Wayne Williams and Phillip Bradley Parker Motion for Leave to Appear on March 15, 2017 at 1:00 PM via Telephone (ECF No. 119) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 9th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE