1  Mark E. Ferrario, Esq., Nevada Bar No. 1625
   ferrariom@gtlaw.com
2  Kara B. Hendricks, Esq., Nevada Bar No. 7743
   hendricksk@gtlaw.com
3  Stephanie D. Bedker, Esq., Nevada Bar No. 14169
   bedkers@gtlaw.com
4  GREENBERG TAURIG, LLP
   3773 Howard Hughes Parkway, Suite 400 North
5  Las Vegas, Nevada 89169
   Telephone: (702) 792-3773
6  Facsimile: (702) 792-9002
   *Counsel for Plaintiff 21st Century Communities, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MUZLINK, LLC, a California Limited Liability Company; Phillip Bradly Parker, a Californai Resident; Wayne Williams, a California Resident, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:09-cv-2458- LDG-VCF <br><br> **REQUEST TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** <br> **(First Request)** |

Plaintiff, 21ST CENTURY COMMUNITIES, INC., by and through its counsel, Greenberg Traurig, LLP, hereby requests that the deadline to file the joint pretrial order be extended by two weeks, or until November 3, 2017.

On September 21, 2017, this Court entered an Order Denying Defendants' Motion for Summary Judgment (Doc. #128). Based on the filing of the summary judgment order, the parties were to submit a Joint Pretrial Order to the Court on October 20, 2017. Plaintiff is requesting a two week extension of the pretrial order deadline.

/ / /

/ / /

/ / /

/ / /

1

*LV 421003415v1 122871.010100*

This request for an extension is made in order to allow counsel for Plaintiff to discuss the contents and receive input regarding the proposed pretrial order with Defendants Brad Parker and Wayne Williams who are appearing in this matter *pro se*.

DATED this 20th day of October, 2017.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Kara B. Hendricks
MARK E. FERRARIO, ESQ., Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ., Nevada Bar No. 7743
STEPHANIE D. BEDKER, ESQ., Nevada Bar No. 14169
3773 Howard Hughes Pkwy., Ste 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiff 21st Century Communities, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-1-2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2017, a true and correct copy of the foregoing **REQUEST TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (First Request)** was served by mailing in a sealed, first class postage-prepaid envelope, addressed to the last-known address, and deposited with the United States Postal Service in Las Vegas, Nevada, and by electronic mail, to the following:

Muzlink, LLC
15423 Sutton St
Sherman Oaks CA 91403-3809

Phillip Bradley Parker
15423 Sutton St.
Sherman Oaks CA 91403-3809
riozen@riozen.com

Wayne Williams
15423 Sutton St.
Sherman Oaks CA 91403-3809
wwclick@mac.com

*/s/ Joyce Heilich*
An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*LV 421003415v1 122871.010100*