# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| 21st CENTURY COMMUNITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MUZLINK, LLC, *et al.*, <br><br> Defendants. | 2:09-cv-02458-LDG-VCF <br> **ORDER** |

Before the Court are Plaintiff's Proposed Pretrial Order (ECF No. 132) and Wayne Williams' Ex Parte Application to Strike Plaintiff's Unilateral Pre-Trial and to Order Plaintiff to Prepare a Joint Pretrial Order in Accordance with the Parties' Negotiations (ECF No. 133).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Proposed Pretrial Order (ECF No. 132) and Wayne Williams' Ex Parte Application to Strike Plaintiff's Unilateral Pre-Trial and to Order Plaintiff to Prepare a Joint Pretrial Order in Accordance with the Parties' Negotiations (ECF No. 133) is scheduled for 10:00 AM, March 13, 2018, in Courtroom 3D.

Individual Defendants must appear in person.

IT IS SO ORDERED.

DATED this 27th day of February, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE