Mark E. Ferrario, Esq., Nevada Bar No. 1625
ferrariom@gtlaw.com
Kara B. Hendricks, Esq., Nevada Bar No. 7743
hendricksk@gtlaw.com
Stephanie D. Bedker, Esq., Nevada Bar No. 14169
bedkers@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff 21st Century Communities, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUZLINK, LLC, a California Limited Liability Company; Phillip Bradly Parker, a Californai Resident; Wayne Williams, a California Resident, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-2458- LDG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br>**(First Request)** |

Plaintiff, 21st CENTURY COMMUNITIES, INC. and Defendants MUZLINK, LLC, PHILLIP BRADLY PARKER and WAYNE WILLIAMS by and through their respective counsel, hereby request that the deadline to file the joint pretrial order be extended by two weeks, or until April 10, 2018.

On March 13, 2018, this Court ordered that the parties shall submit a proposed joint pretrial order on or before March 27, 2018 [ECF No. 140]. The parties are requesting a two week extension of the pretrial order deadline.

Counsel for the parties are working cooperatively to prepare and finalize a joint document. However, additional time is needed to work through the unique issues of this case, including but not limited to the use of materials from a related California proceeding. This request for an extension is made in order to allow counsel for Plaintiff and Defendants' new counsel to discuss and resolve such issues.

This request for extension of time is not being sought for purposes of delay.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 22, 2018                    DATED: March 22, 2018

LAW OFFICES OF NEAL                      GREENBERG TRAURIG, LLP
M. GOLDSTEIN

/s/ Jay Young                            /s/ Kara B. Hendricks
Neal M. Goldstein, Esq.                  Mark E. Ferrario, Esq.
1400 W. Olympic Blvd., Suite 600         Kara B. Hendricks, Esq.
Los Angeles, California 90064            Stephanie D. Bedker
                                         3773 Howard Hughes Pkwy., Suite 400N
Jay Young, Esq.                          Las Vegas, Nevada 89169
Howard & Howard
3800 Howard Hughes Pkwy., #1000          *Counsel for Plaintiff 21st Century Communities, Inc.*
Las Vegas, Nevada 89169

*Counsel for Muzlink, LLC*

## ORDER

**IT IS HEREBY ORDERED** that the Joint Pretrial Order shall be due on or before April 10, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3/29/2018

2
LV 421092164v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (First Request)** was filed electronically via the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Cynthia L. Ney*
An employee of Greenberg Traurig, LLP

LV 421092164v1