Mark E. Ferrario, Esq., Nevada Bar No. 1625
ferrariom@gtlaw.com
Kara B. Hendricks, Esq., Nevada Bar No. 7743
hendricksk@gtlaw.com
Stephanie D. Bedker, Esq., Nevada Bar No. 14169
bedkers@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff 21st Century Communities, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUZLINK, LLC, a California Limited Liability Company; Phillip Bradly Parker, a California Resident; Wayne Williams, a California Resident, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-2458- RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL JOINT PRETRIAL ORDER**<br>(First Request) |

Plaintiff, 21st CENTURY COMMUNITIES, INC., and Defendants, MUZLINK, LLC, PHILLIP BRADLY PARKER and WAYNE WILLIAMS, by and through their respective counsel, hereby request that the deadline to file the Supplemental Joint Pretrial Order be extended to **July 13, 2018**.

On April 10, 2018, the parties submitted a proposed joint pretrial order to the Court. *See* Joint Proposed Pretrial Order. (Doc. No. 147). Therein, the parties agreed to file a supplemental joint pretrial order on or before June 8, 2018, which would include specific designations of the deposition and/or trial testimony to be offered in their case in chief and any counter-designations and objections by any party to the designations, as well as to the proposed trial exhibits. *See id.* pp. 10:14-15; 11:12-21.

1

Counsel for the parties are working cooperatively to prepare and finalize a supplemental joint document. However, counsel has had competing vacation schedules and additional time is needed to work through the unique issues of this case.

This request for extension of time is not being sought for purposes of delay.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 15, 2018

HOWARD & HOWARD

/s/ Jay Young
JAY YOUNG, ESQ.
Nevada Bar No. 5562
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169

NEAL M. GOLDSTEIN, ESQ.
California Bar No. 82187
LAW OFFICES OF NEAL M. GOLDSTEIN
1400 W. Olympic Blvd., Suite 600
Los Angeles, CA 90064

*Counsel for Defendants Muzlink, LLC, Phillip Bradly Parker and Wayne Williams*

DATED: June 15, 2018

GREENBERG TRAURIG, LLP

/s/ Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
3773 Howard Hughes Pkwy., Suite 400 North
Las Vegas, NV 89169

*Counsel for Plaintiff*
*21st Century Communities, Inc.*

## ORDER

**IT IS HEREBY ORDERED** that the Supplemental Joint Pretrial Order shall be due on or before July 13, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 15, 2018

2

LV 421158684v2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL JOINT PRETRIAL ORDER (First Request)** was filed electronically via the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Shayna Noyce*
An employee of Greenberg Traurig, LLP

LV 421158684v2