MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
STEPHANIE D. BEDKER
Nevada Bar No. 14169
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
bedkers@gtlaw.com

Counsel for Plaintiff 21st Century Communities, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUZLINK, LLC, a California Limited Liability Company; Phillip Bradly Parker, a California Resident; Wayne Williams, a California Resident, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02458-LDG-RJJ<br><br>**JOINT PROPOSED TRIAL DATE SUBMITTAL AND ORDER** |

On November 15, 2018, this Court granted 21st Century Communities, Inc.'s Motion to Continue Trial and vacated the associated trial setting and deadlines. *See* Minute Order, dated November 15, 2018 (Doc. No. 159). Pursuant thereto, the Court ordered the parties to jointly submit three proposed agreed upon dates for the resetting of the trial for this Court's consideration. *See id.* The parties, having conferred on the issue, respectfully and jointly offer the following proposed trial dates, in order of preference:

/ / /

/ / /

1. The week of April 1, 2019;

2. The week of June 17, 2019; or

3. The week of June 24, 2019.

DATED: November 28, 2018

HOWARD & HOWARD

/s/ Jay Young
JAY YOUNG, ESQ.
Nevada Bar No. 5562
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169

NEAL M. GOLDSTEIN, ESQ.
California Bar No. 82187
LAW OFFICES OF NEAL M. GOLDSTEIN
1400 W. Olympic Blvd., Suite 600
Los Angeles, CA 90064

*Counsel for Defendants Phillip Bradly Parker and Wayne Williams*

DATED: November 28, 2018

GREENBERG TRAURIG, LLP

/s/ Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135

*Counsel for Plaintiff
21st Century Communities, Inc.*

## ORDER

IT IS ORDERED that Jury Trial is set for April 1, 2019 at 9:00 AM in LV Courtroom 7C before Judge Richard F. Boulware, II.

IT IS FURTHER ORDERED that Calendar Call is set for March 21, 2019 at 3:00 PM in LV Courtroom 7C before Judge Richard F. Boulware, II.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire, proposed jury instructions, exhibit and witness lists are due by March 20, 2019.

DATED this 29th day of November, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LV 421248649v1