NEAL M. GOLDSTEIN, ESQ.
CALIFORNIA BAR NO. 82187
11400 W. OLYMPIC BOULEVARD, SUITE 600
LOS ANGELES, CA 90064
TEL: 310/817-6006

JAY YOUNG, ESQ.
NEVADA BAR NO. 5562
HOWARD & HOWARD ATTORNEYS PLLC
WELLS FARGO TOWER, SUITE 1000
3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169

*Counsel for Defendants Parker and Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 21st CENTURY COMMUNITIES, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MUZLINK, LLC, a California limited liability company; PHILLIP BRADLEY PARKER, a California Resident, WAYNE WILLIAMS, a California Resident, DOES I through X; and ROE CORPORATIONS, I through X, inclusive,<br><br>　　　　Defendants. | Case No.　　2:09-cv-2458-RFB-VCF<br><br>**STIPULATION RE DEFENDANTS' REQUEST FOR EITHER A CHANGE OF THE DATE FOR THE PRETRIAL CALENDAR CALL OR PERMISSION FOR DEFENDANTS' COUNSEL TO APPEAR VIA TELEPHONE AT SUCH PROCEEDING** |

　　　　1.　　Defendants Phillip Bradley Parker and Wayne Williams (collectively "Defendants") submit this stipulation seeking either a change of the date and time of the scheduled Calendar Call regarding the Trial or for permission for lead counsel, Neal M. Goldstein, to appear for such via telephone.

　　　　2.　　Defendants so request because the Court's recent order sets such Call on Defendants' lead counsel's Mother's 90th Birthday (March 21, 2019).

　　　　3.　　On November 30, 2018, the Court entered the following order:

　　　　　　ORDER Granting [161] Stipulation. IT IS ORDERED that

1

Jury Trial is set for 4/1/19 at 9:00 AM in LV Courtroom 7C before Judge Richard F. Boulware, II. IT IS FURTHER ORDERED that Calendar Call is set for 3/21/19 at 3:00 PM in LV Courtroom 7C before Judge Richard F. Boulware,

IT IS FURTHER ORDERED that trial briefs, proposed voir dire, proposed jury instructions, exhibit and witness lists are due by 3/20/19.

4. Neal M. Goldstein is lead counsel for the Defendants. His mother turns 90 on March 21st, the day on which the Court ordered the final Calendar Call.

5. Long before the order was entered, Mr. Goldstein's sibling and mother had arranged to be in the Chicago area to celebrate his Mother's birthday from March 20th through March 24th. Mr. Goldstein had previously purchased airplane tickets to fly to Chicago on March 20th and return on March 24th. Mr. Goldstein can be at a Calendar Call on March 19, 2019 or before or the afternoon of March 25th or thereafter.

6. Mr. Goldstein would like to be present for the Calendar Call applicable to the trial of this matter.

7. Defendants request that the Calendar be rescheduled, which is preferable to the Defendants, or that Mr. Goldstein be allowed to appear for the Call via telephone.

8. Defendants ask only that the Calendar Call be at a time and in a manner where their counsel can appear and also be available to celebrate with his Mother's 90th Birthday. If necessary, counsel asks that he be given permission to appear via telephone, which he can do at the time that the call is presently scheduled. However, as noted, Defendants prefer that the Call be at a time when Mr. Goldstein can be present in the event any issues arise at that time.

///
///
///
///
///

9. Plaintiffs have no objection to a change of the Calendar call as long as such does not give rise to a conflict for them.

By their signatures below, all parties agree and stipulate to the foregoing and request the Court enter an order in accordance therewith:

Dated: December 10, 2018  /s/ Neal M. Goldstein
Neal M. Goldstein
Attorney for Defendants Parker and Williams

GREENBEERG TRAURIG, LLP

By:/s/Kara .B. Henricks
Kara B. Hendricks
Attorneys for Plaintiff

ORDER

IT IS ORDERED that the Calendar Call in the above captioned matter previously set for 3/21/19 at 3:00 PM is vacated and continued to March 19, 2019 at 3:00 PM in LV Courtroom 7C.

IT IS FURTHER ORDERED that proposed voir dire, proposed jury intructions, exhibit and witness lists are due by March 15, 2019; trial brief is due by March 18, 2019.

IT IS FURTHER ORDERED that motions in limine are due by March 11, 2019 with responses due by March 15, 2019.

~~Alternatively, IT IS ORDERED that Neal M. Goldstein, counsel for the Defendant in the above captioned action may appear at the Calendar Call in the above captioned matter via telephone.~~

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 11, 2018.