MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
STEPHANIE D. BEDKER
Nevada Bar No. 14169
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  ferrariom@gtlaw.com
          hendricksk@gtlaw.com
          bedkers@gtlaw.com

*Counsel for Plaintiff*
*21st Century Communities, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 21ST CENTURY COMMUNITIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>*vs.*<br><br>MUZLINK, LLC, a California Limited Liability Company; Phillip Bradly Parker, a California Resident; Wayne Williams, a California Resident,  DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02458-RFB-VCF<br><br><br><br>**STIPULATION TO STAY PENDING COMPLETION OF SETTLEMENT TERMS** |

COME NOW, Plaintiff 21ST CENTURY COMMUNITIES, INC. ("Plaintiff") and Defendants PHILLIP BRADLY PARKER, and WAYNE WILLIAMS (collectively, "Defendants), by and through their respective attorneys of record, and hereby request a stay of the current matter pending completion of settlement terms.  As discussed in Court on October 15, 2019, the parties have reached a settlement in the above-referenced matter.  However, under the terms of the settlement agreement,  Defendants have up to and  including  December

/ / /

*ACTIVE 46612967v1*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  16, 2019 to pay certain sums to Plaintiff. Accordingly, the parties request a short stay of this

2  matter and anticipate filing a stipulation to dismiss on or before December 17, 2019.

3       IT IS SO STIPULATED.

4  DATED: October 18, 2019               DATED: October 18, 2019

5  HOWARD & HOWARD          GREENBERG TRAURIG, LLP

6

7      /s/ Neal M. Goldstein               /s/ Kara B. Hendricks
  JONATHAN W. FOUNTAIN, ESQ.      MARK E. FERRARIO, ESQ.

8  Nevada Bar No. 10351             Nevada Bar No. 1625
3800 Howard Hughes Pkwy., Suite 1000    KARA B. HENDRICKS, ESQ.

9  Las Vegas, NV 89169             Nevada Bar No. 7743
                             STEPHANIE D. BEDKER, ESQ.

10  NEAL M. GOLDSTEIN, ESQ.       Nevada Bar No. 14169
  California Bar No. 82187          10845 Griffith Peak Drive, Ste. 600
LAW OFFICES OF NEAL M. GOLDSTEIN   Las Vegas, NV 89135

11  1400 W. Olympic Blvd., Suite 600
Los Angeles, CA 90064           *Counsel for Plaintiff*

12                               *21st Century Communities, Inc.*
  *Counsel for Defendants Phillip Bradly*

13  *Parker and Wayne Williams*

14

15

16                             **<u>ORDER</u>**

17       Upon review of the Parties' stipulation, it appearing to the satisfaction of the Court that

18  all Parties are in agreement, and good cause appearing therefore:

19       **IT IS HEREBY ORDERED** that this case is stayed through December 17, 2019 to

20  facilitate the terms of the settlement agreement.

21       DATED this <u>21st</u> day of <u>  October  </u>, 2019.

22                                                                  

23                            RICHARD F. BOULWARE, II
                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28

*ACTIVE 46612967v1*