1    MARK E. FERRARIO
     Nevada Bar No. 1625
2    KARA B. HENDRICKS
     Nevada Bar No. 7743
3    STEPHANIE D. BEDKER
     Nevada Bar No. 14169
4    GREENBERG TRAURIG, LLP
     10845 Griffith Peak Drive, Suite 600
5    Las Vegas, Nevada 89135
     Telephone: (702) 792-3773
6    Facsimile: (702) 792-9002
     Email: ferrariom@gtlaw.com
7             hendricksk@gtlaw.com
             bedkers@gtlaw.com
8

9    *Counsel for Plaintiff 21st Century Communities, Inc.*

10

11               **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF NEVADA**

13

14    21ST CENTURY COMMUNITIES, INC., a      Case No. 2:09-cv-02458-RFB-VCF
     Nevada corporation,

15               Plaintiff,

16    *vs.*

17    MUZLINK, LLC, a California Limited Liability     **STIPULATION AND PROPOSED**
     Company; Phillip Bradly Parker, a California      **ORDER TO DISMISS ACTION WITH**
18    Resident; Wayne Williams, a California Resident,   **PREJUDICE**
     DOES I through X, inclusive, and ROE
19    CORPORATIONS I through X, inclusive,

20               Defendants.

21

22       COMES NOW Plaintiff 21st Century Communities, Inc. ("Plaintiff") and Defendants

23 Phillip Bradly Parker, and Wayne Williams (collectively, "Defendants), by and through their

24 attorneys of record, having reached an agreement to resolve all outstanding issues between

25 them, hereby stipulate and agree that the above-entitled action shall be dismissed with

26 prejudice. Each party shall bear its own respective attorneys' fees, costs, and expenses in

27 connection with and related to the above-captioned matter.

28    / / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 46612967v1

IT IS SO STIPULATED.

DATED: _10/15_ , 2019                      DATED: _10/15_ , 2019

HOWARD & HOWARD                            GREENBERG TRAURIG, LLP

_[signature]_                              _[signature]_

JONATHAN W. FOUNTAIN                       MARK E. FERRARIO, ESQ.
Nevada Bar No. 10351                       Nevada Bar No. 1625
3800 Howard Hughes Pkwy., Suite 1000       KARA B. HENDRICKS, ESQ.
Las Vegas, NV 89169                        Nevada Bar No. 7743
                                           STEPHANIE D. BEDKER, ESQ.
NEAL M. GOLDSTEIN, ESQ.                     Nevada Bar No. 14169
California Bar No. 82187                    10845 Griffith Peak Drive, Ste. 600
LAW OFFICES OF NEAL M. GOLDSTEIN           Las Vegas, NV 89135
1400 W. Olympic Blvd., Suite 600
Los Angeles, CA 90064                      *Counsel for Plaintiff*
                                           *21st Century Communities, Inc.*
*Counsel for Defendants Phillip Bradly Parker*
*and Wayne Williams*

Upon review of the Parties' stipulation, it appearing to the satisfaction of the Court that

all Parties are in agreement, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulation and Order for Dismissal of Action is

GRANTED and all claims are hereby dismissed with prejudice.

DATED this _12th_ day of _December_ , 2019.

_[signature]_

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

GREENBERG TRAURIG, LLP

_[signature]_

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
*Counsel for Plaintiff*
*21st Century Communities, Inc.*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*ACTIVE 46612967v1*